IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEPHEN BOLLSCHWEILER, RAYMOND C. ARMENDARIZ, DANIEL DUCHENE, and JOSE J. CALZADILLA, | § § § § § | |
| **Plaintiffs** | § § | CIV. ACTION NO. 3:14-CV-275 |
| v. | § § | |
| EL PASO ELECTRIC COMPANY, | § § | |
| **Defendant** | § § | |

# DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant El Paso Electric Company ("Defendant") states that it does not have a parent corporation and that BlackRock, Inc., currently owns 10% or more of Defendant's stock.

Dated July 21, 2014								Respectfully submitted,

*s/ Jeremy W. Hawpe*
Jeremy W. Hawpe
Texas Bar No. 24046041
Kimberly R. Miers
Texas Bar No. 24041482
Greg P. McAllister
Texas Bar No. 24071191

**LITTLER MENDELSON, PC**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201-2931
Telephone: (214) 880-8100
Fax: (214) 880-0181
jhawpe@littler.com
kmiers@littler.com
gmcallister@littler.com

AND

Francis Patrick Kinson
Texas Bar No. 24027118

**EL PASO ELECTRIC COMPANY**
100 N. Stanton St., Loc. 167
El Paso, Texas 79901
Telephone: (915) 543-2018
Fax: (915) 521-4628
frank.kinson@epelectric.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on July 21, 2014, a true and correct copy of the foregoing document was sent via email and certified mail, return receipt requested, to:

Dennis L. Richard (dennis@dlrep.com)
Mike Milligan
Law Office of Dennis L. Richard
4171 North Mesa, Suite B-201
El Paso, TX 79902
915.533.2211
915.533.2244(f)

*s/ Jeremy W. Hawpe*
Jeremy W. Hawpe
