IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEPHEN BOLLSCHWEILER, RAYMOND C. ARMENDARIZ, DANIEL DUCHENE, JOSE J. CALZADILLA, HERLINDA A. AVILA, SHARON HOOVER, RAY A MERRILL SR., and ADRIAN J. NUNEZ | § § § § § § § § § § § § § § § | NO. 3:14-CV-00275-DB |
| **Plaintiffs** | | |
| v. | | |
| EL PASO ELECTRIC COMPANY, | | |
| **Defendant** | | |

## DEFENDANT'S LIST OF VOIR DIRE QUESTIONS

Under Local Rule CV-16(e)(1), Defendant El Paso Electric Company ("EPE" or "Defendant") submits the following list of questions EPE desires the Court to ask prospective jurors during voir dire:

1. Have you or any of your family members worked for El Paso Electric Company?

2. Have any of you had negative experiences with El Paso Electric Company?

3. Do any of you hold negative feelings towards El Paso Electric Company?

4. Have any of you or any of your family members ever worked for a utility company?

5. How many of you are paid a set salary (versus an hourly rate)? How many of you are paid by the hour?

6. Have any of you ever complained to an employer that you thought you were not being paid fairly?

7. Are you in a union at work? Have any of you ever been a member of a union?

8. Have you heard of the Fair Labor Standards Act?

9. Do any of you think it is unfair for a company to pay employees a salary instead of hourly?

10. Please raise your hand if you don't get overtime pay but think you should get overtime pay.

11. Do you know anyone in this courtroom, including other potential jurors?

12. Before hearing any evidence in this case, do you think that most large corporations are unkind toward their employees?

13. Do you believe that, as a general rule, most large corporations treat their employees in an unfair way?

14. Do you think that you or a family member has been discriminated against by your past or current employer?

15. Have you ever felt forced or pushed out of a job?

16. Is there any reason why you would not be a good juror for this particular case?

17. Have any of you ever worked for a public entity (city, police, fire, school, etc.)?

18. Have any of you ever worked in retail?

                              Respectfully submitted,

                              */s/ Jeremy W. Hawpe*
                              Jeremy W. Hawpe
                              Texas Bar No. 24046041
                              Kimberly R. Miers
                              Texas Bar No. 24041482
                              Greg P. McAllister
                              Texas Bar No. 24071191

                              **LITTLER MENDELSON, PC**
                              2001 Ross Avenue
                              Suite 1500, Lock Box 116
                              Dallas, Texas 75201-2931
                              Telephone: (214) 880-8100
                              Fax: (214) 880-0181
                              jhawpe@littler.com
                              kmiers@littler.com
                              gmcallister@littler.com

                              AND

                              Francis Patrick Kinson
                              Texas Bar No. 24027118

                              **EL PASO ELECTRIC COMPANY**
                              100 N. Stanton St., Loc. 167
                              El Paso, Texas 79901
                              Telephone: (915) 543-2018
                              Fax: (915) 521-4628
                              frank.kinson@epelectric.com

                              **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded to Plaintiffs' Counsel via ECF notification on October 26, 2015.

                              */s/ Jeremy W. Hawpe*
                              Jeremy W. Hawpe

Firmwide:136301827.2 078732.1002