IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2016 MAY -5  AM 11: 05
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| STEPHEN BOLLSCHWEILER, RAYMOND C. ARMENDARIZ, DANIEL DUCHENE, JOSE J. CALZADILLA, HERLINDA A. AVILA, SHARON HOOVER, RAY A. MERRILL SR., and ADRIAN J. NUNEZ,<br><br>　　Plaintiffs,<br><br>vs.<br><br>EL PASO ELECTRIC COMPANY,<br><br>　　Defendant. | §§§§§§§§§§§§§§§ NO. 3:14-CV-00275-DB |

## FINAL JUDGMENT

On November 5, 2015, all claims of Raymond C. Armendariz, Jose J. Calzadilla, Ray A. Merrill Sr. were dismissed with prejudice at summary judgment after considering arguments and evidence. [Dkt. 57].

On April 25, 2016, the remaining five Plaintiffs (Stephen Bollschweiler, Daniel Duchene, Herlinda A. Avila, Sharon Hoover, and Adrian J. Nunez) in this matter came for trial. A jury was empaneled, and attorneys for all parties presented evidence and argument, whereupon the jury, being properly instructed, withdrew and deliberated. On April 28, 2016, the jury returned a unanimous verdict in favor of Defendant El Paso Electric.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' take nothing by their suit against El Paso Electric, and the claims in this matter are dismissed with prejudice. Consistent with the parties' agreement, each party shall bear its own costs.

IT IS SO ORDERED, this __5th__ day of May, 2016.

_____
HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE